## GUARANTEE STATE BANK v. TURNER.

No. 6971—Opinion Filed Nov. 6, 1917.

(168 Pac. 790.)

### Appeal and Error—Want of Prosecution—Dismissal.

Where a cause has been regularly assigned for submission and submitted, and the plaintiff in error fails to file brief, or to offer any excuse for not doing so, it will be presumed that the appeal has been abandoned, and same will be dismissed for want of prosecution.

(Syllabus by the Court.)

Error from District Court, Ellis County; G. A. Brown, Judge.

Action by H. A. Turner against the Guarantee State Bank. Judgment for plaintiff, and defendant brings error. Dismissed.

Charles Swindall and B. F. Barnett, for plaintiff in error.

C. B. Leedy and J. B. Aubuchon, for defendant in error.

PER CURIAM. This petition in error and case-made in this cause were filed in this court on November 14, 1914. The cause has been regularly assigned and submitted, but the plaintiff in error has filed no brief, and has shown no reason for his failure to do so.

Wherefore under the established rule in this jurisdiction, the cause should be dismissed for want of prosecution; and it is so ordered.